874 A.2d 1039

IN THE MATTER OF MICHAEL C. SCOON, AN ATTORNEY AT LAW (ATTORNEY NO. 011591996).

June 8, 2005.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–026, concluding that **MICHAEL C. SCOON** of

MAPLEWOOD, who was admitted to the bar of this State in 1996, and who has been temporarily suspended from the practice of law since April 23, 2004, should be suspended from the practice of law for a period of three months for violating *RPC* 1.7(a) (conflict of interest) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **MICHAEL C. SCOON** is suspended from the practice of law for a period of three months and until the further Order of the Court, retroactive to April 23, 2004; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of suspension and that respondent continue to comply with *Rule* 1:20–20; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.